UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                         Chapter 11

LEHMAN BROTHERS SPECIAL FINANCING, INC.,       Case No. 08-13888 (JMP)

                Debtor.
------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF MICHEL A. SHINER

UPON the motion of Michel A. Shiner dated October 4, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Michel A. Shiner is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated: New York, New York
       October 10, 2008

                                                 *s/ James M. Peck*
                                             UNITED STATES BANKRUPTCY JUDGE