UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS SPECIAL : 08-13888 (JMP)
FINANCING INC., :
      Debtor. : (Jointly Administered)
:
----------------------------------------------------------------x Ref. Docket Nos. 59-68

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CHRISTOPHER SIMCO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 25, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                 /s/ Christopher Simco
Sworn to before me this                             Christopher Simco
1st day of April, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                          | Chapter 11 Case No.
                                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,                         | 08-13555 (JMP)
                                                               |
                                                               | (Jointly Administered)
                Debtors.                                       |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOLDMAN SACHS LENDING PARTNERS LLC                GOLDMAN SACHS LENDING PARTNERS LLC
      TRANSFEROR: EVERGREEN INCOME ADVANTAGE FUND       MANAGING CLERK
      c/o Goldman, Sachs & Co. Attn: A. Caditz          RICHARDS KIBBE & ORBE LLP
      30 Hudson Street, 36th Floor                      ONE WORLD FINANCIAL CENTER
      Jersey City NJ 07302                              NEW YORK NY 10281-1003

Please note that your claim # 29836 in the above referenced case and in the amount of
        $176,959.08        has been transferred **(unless previously expunged by court order)**

        HBK MASTER FUND L.P.
        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
        C/O HBK SERVICES LLC
        2101 CEDAR SPRINGS ROAD, SUITE 700
        ATTN: LEGAL DEPARTMENT
        DALLAS TX 75201

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 59         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2010                        Vito Genna, Clerk of Court


                                        /s/ Christopher Simco
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 25, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
| 
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
| 
| (Jointly Administered)
Debtors. |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: EVERGREEN MULTI-SECTOR INCOME FUND
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

GOLDMAN SACHS LENDING PARTNERS LLC
MANAGING CLERK
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281-1003

Please note that your claim # 29842 in the above referenced case and in the amount of
$97,410.27        has been transferred **(unless previously expunged by court order)**

HBK MASTER FUND L.P.
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
C/O HBK SERVICES LLC ATTN: LEGAL
2101 CEDAR SPRINGS ROAD, SUITE 700
DALLAS TX 75201

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 60        in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2010                                Vito Genna, Clerk of Court

/s/ Christopher Simco
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 25, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   GOLDMAN SACHS LENDING PARTNERS LLC              GOLDMAN SACHS LENDING PARTNERS LLC
      TRANSFEROR: EVERGREEN HIGH INCOME FUND          MANAGING CLERK
      c/o Goldman, Sachs & Co. Attn: A. Caditz        RICHARDS KIBBE & ORBE LLP
      30 Hudson Street, 36th Floor                    ONE WORLD FINANCIAL CENTER
      Jersey City NJ 07302                            NEW YORK NY 10281-1003
```

Please note that your claim # 29871 in the above referenced case and in the amount of
$180,023.71         has been transferred **(unless previously expunged by court order)**

```
      HBK MASTER FUND L.P.
      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
      C/O HBK SERVICES LLC ATTN: LEGAL
      2101 CEDAR SPRINGS ROAD, SUITE 700
      DALLAS TX 75201
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 61         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2010                         Vito Genna, Clerk of Court

                                         /s/ Christopher Simco
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 25, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| | |
|---|---|
| To: GOLDMAN SACHS LENDING PARTNERS LLC<br>TRANSFEROR: EVERGREEN CORE BOND TRUST<br>c/o Goldman, Sachs & Co. Attn: A. Caditz<br>30 Hudson Street, 36th Floor<br>Jersey City NJ 07302 | GOLDMAN SACHS LENDING PARTNERS LLC<br>MANAGING CLERK<br>RICHARDS KIBBE & ORBE LLP<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK NY 10281-1003 |

Please note that your claim # 29865 in the above referenced case and in the amount of $3,318,905.74 has been transferred **(unless previously expunged by court order)**

HBK MASTER FUND L.P.
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
C/O HBK SERVICES LLC ATTN: LEGAL
2101 CEDAR SPRINGS ROAD, SUITE 700
DALLAS TX 75201

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 62 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2010     Vito Genna, Clerk of Court

/s/ Christopher Simco
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 25, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re                              | Chapter 11 Case No.   |
|                                    | 08-13555 (JMP)        |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
|                                    |                       |
|           Debtors.                 |                       |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS LENDING PARTNERS LLC              GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: EVERGREEN LONG DURATION TRUST       MANAGING CLERK
     c/o Goldman, Sachs & Co. Attn: A. Caditz        RICHARDS KIBBE & ORBE LLP
     30 Hudson Street, 36th Floor                    ONE WORLD FINANCIAL CENTER
     Jersey City NJ 07302                            NEW YORK NY 10281-1003
```

Please note that your claim # 29840 in the above referenced case and in the amount of
           $817,328.40       has been transferred **(unless previously expunged by court order)**

```
     HBK MASTER FUND L.P.
     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
     C/O HBK SERVICES LLC ATTN: LEGAL
     2101 CEDAR SPRINGS ROAD, SUITE 700
     DALLAS TX 75201
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 63    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2010                         Vito Genna, Clerk of Court

                                         /s/ Christopher Simco
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 25, 2010.

**EXHIBIT "B"**

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS LLC | 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1800 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EVERGREEN CORE BOND FUND c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EVERGREEN CORE BOND TRUST c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EVERGREEN HIGH INCOME FUND c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EVERGREEN INCOME ADVANTAGE FUND c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EVERGREEN INTERMEDIATE BOND TRUST c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 0730 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EVERGREEN LONG DURATION TRUST c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EVERGREEN MULTI-SECTOR INCOME FUND c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 073 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EVERGREEN SELECT HIGH YIELD BOND TRUST c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: JMG TRITON OFFSHORE FUND LIMITED 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PROGRAMMA DINAMICO S.P.A. 200 WEST STREET NEW YORK NY 10282-2198 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 ATTN: LEGAL DEPARTMENT DALLAS TX |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC 2102 CEDAR SPRINGS ROAD, SUITE 700 ATTN: LEGAL DEPARTMENT DALLAS TX |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153